# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00269-CV

**Eric Miller, M.D. and The Spine Group, PLLC, Appellants**

**v.**

**Central Texas Pain Center PLLC; PSA Management Company LLC; PSA Group Holdings, LLC; PSA Practice Holdings, PA; PSCT Practice Holdings, PA; Daniel Frederick, M.D.; Scott Budoff; and Commonview Capital, LLC, Appellees**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-22-005681, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Eric Miller, M.D. and The Spine Group, PLLC has filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Ellis

Dismissed on Appellants' Motion

Filed: May 29, 2025